IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



E.I. du PONT de NEMOURS & CO.,

     Plaintiff,

v.                                                     Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

     Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, KOLON INDUSTRIES, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS REFLECTING DUPONT'S NONPUBLIC COMMUNICATIONS WITH THE GOVERNMENT (Docket No. 209) is granted as to all fact work product contained in the communications from law enforcement and documents of in-house counsel that provide the factual basis for, or that evince evidence tending to support, the statement in the press release that, in arranging for, and attending, the August 26, 2008 meeting, Kolon had the purpose stated in the press release, and the motion is denied as to all other communications.

It is further ORDERED that DuPont shall produce all responsive documents no later than August 3, 2010.

It is SO ORDERED.

                                          /s/                
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: July 30, 2010