IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| E.I. du PONT de NEMOURS AND COMPANY,         )<br>)<br>           Plaintiff,         )<br>)<br>v.         )<br>)<br>KOLON INDUSTRIES, INC.,         )<br>)<br>           Defendant.         )<br>)<br>_____)  | Civil Action No. 3:09CV00058 |

### PLAINTIFF E.I. du PONT de NEMOURS AND COMPANY'S MOTION TO STRIKE ERRATA SHEETS OF CERTAIN KOLON INDUSTRIES, INC.'S DEPONENTS

Plaintiff E.I. du Pont de Nemours and Company ("DuPont"), through counsel, respectfully moves this Court for an order to strike the errata sheets of certain Kolon Industries, Inc.'s ("Kolon") deponents which make substantial changes to their original deposition testimony. Specifically, the following errata sheets should be stricken: (1) Su-Yong Noh's July 27-29, 2010 30(b)(6) deposition errata sheets; (2) Jong Tae Park's July 28-30, 2010 30(b)(6) deposition errata sheets; (3) In-Sik Han's October 28, 2010 errata sheets; (4) Oh-Hwan Kim's October 19, 2010 and October 21, 2010 deposition errata sheets; and (5) Young-Soo Seo's October 26, 2010 deposition errata sheets.

For the reasons set forth herein and in the accompanying Memorandum of Law, DuPont respectfully requests that the Court grant this Motion to Strike Errata Sheets of Certain Kolon Deponents and provide DuPont with such other relief as the Court deems just.

February 15, 2011

Respectfully submitted,

E. I. du Pont de Nemours and Company


      /s/ Rodney A. Satterwhite
By Counsel

Rodney A. Satterwhite (VSB # 32907)
rsatterwhite@mcguirewoods.com
Brian C. Riopelle (VSB #36454)
briopelle@mcguirewoods.com
Howard Feller (VSB #18248)
hfeller@mcguirewoods.com
Thomas M. Beshere (VSB #41279)
tbeshere@mcguirewoods.com
Robyn Suzanne Gray (VSB #45418)
rgray@mcguirewoods.com
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel:  804-775-1000
Fax:  804-775-1061

      - and –

Kent A. Gardiner (pro hac vice)
Shari Ross Lahlou (pro hac vice)
Michael J. Songer (pro hac vice)
Terence P. Ross (VSB #26408)
Stephen M. Byers (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  202-624-2500
Fax:  202-628-5116
kgardiner@crowell.com
slahlou@crowell.com
msonger@crowell.com
tross@crowell.com
sbyers@crowell.com

***Attorneys for E. I. du Pont de Nemours and Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2011, I served the foregoing via the Court's CM/ECF System and by hand on:

> Rhodes B. Ritenour (VSB # 71406)
> **LECLAIRRYAN**
> Riverfront Plaza, East Tower
> 951 East Byrd Street, Eighth Floor
> Richmond, Virginia 23219
> (804) 916-7109
> (804) 916-7219 (Fax)
> rhodes.ritenour@leclairryan.com

and by the Court's CM/ECF System on:

> Dana J. Finberg (VSB # 34977)
> **SNR DENTON US LLP**
> 1530 Page Mill Road, Suite 200
> Palo Alto, California 94304-1125
> (650) 798-0375
> (650) 798-0310 (Fax)
> dfinberg@snrdenton.com
>
> Scott M. Flicker (pro hac vice)
> **PAUL, HASTINGS, JANOFSKY**
> **& WALKER LLP**
> 875 15th Street, N.W.
> Washington, D.C. 20005
> (202) 551-1700
> (202) 551-1705 (Fax)
> scottflicker@paulhastings.com
>
> Jeffrey G. Randall (pro hac vice)
> Michael C. Hendershot (pro hac vice)
> **PAUL, HASTINGS, JANOFSKY**
> **& WALKER LLP**
> 1117 S. California Avenue
> Palo Alto, California  94304
> (650) 320-1850
> (650) 320-1950 (Fax)
> jeffreyrandall@paulhastings.com
> michaelhendershot@paulhastings.com
>
> ***Attorneys for Kolon Industries, Inc.***

       /s/ Rodney A. Satterwhite
Rodney A. Satterwhite (VSB # 32907)
rsatterwhite@mcguirewoods.com
Brian C. Riopelle (VSB #36454)
briopelle@mcguirewoods.com
Howard Feller (VSB #18248)
hfeller@mcguirewoods.com
Thomas M. Beshere (VSB #41279)
tbeshere@mcguirewoods.com
Robyn Suzanne Gray (VSB #45418)
rgray@mcguirewoods.com
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel:  804-775-1000
Fax:  804-775-1061