

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

E.I. DUPONT DE NEMOURS AND CO.,

    Plaintiff,

v.                                Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's MOTION FOR SANCTIONS RELATING [sic] KOLON'S SPOLIATION OF EVIDENCE (Docket No. 393) is granted.

It is so ORDERED.

                                              /s/           REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: July 21, 2011