IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E.I. DUPONT DE NEMOURS AND CO.,

    Plaintiff,

v.                                    Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

**ORDER**

Having considered Kolon's MOTION TO RESTRICT ADVERSE-INFERENCE INSTRUCTIONS AND LIMIT PARTY REFERENCES TO SUCH INSTRUCTIONS IN OPENING STATEMENTS (Docket No. 1259), the opposition thereto (Docket No. 1266), and the arguments of the parties, and for the reasons and to the extent set forth on the record on July 25, 2011, it is hereby ORDERED that the motion is denied. It is further ORDERED that an appropriate adverse inference instruction will be given in the final charge to the jury. By August 1, 2011, counsel for each side shall submit an example adverse inference instruction for the Court's review.

It is SO ORDERED.

                                                  /s/    REP  
                                      Robert E. Payne  
                                      Senior United States District Judge

Richmond, Virginia  
Date: July 28, 2011