**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



E.I. DUPONT DE NEMOURS AND
COMPANY,

     Plaintiff,

v.                             Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

     Defendant.

*Trade Secret #155
is a duplicate of
Trade Secret #
137*

**VERDICT**

I.     As to Count One (alleging misappropriation of trade secrets), do you, the jury, find by a preponderance of the evidence, for the plaintiff E.I. du Pont de Nemours and Company, and against the defendant, Kolon Industries, Inc., as to:

Trade Secret 1                 _✓_ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? _✓_(Yes) __(No)

     or

     (b) was the misappropriation by use? _✓_(Yes) ___(No)

     or

     (c) was the misappropriation by both (a) and (b)? _✓_(Yes) ____(No)

     Was the misappropriation willful and malicious? _✓_(Yes) ____(No)

Trade Secret 2                 _✓_ (Yes)       _____ (No)

     If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 3 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 4 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 5 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

2

or

(b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_\_(No)

Was the misappropriation willful and malicious? \_(Yes) \_\_\_\_(No)

Trade Secret 6 \_\_\_\_\_ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_\_(Yes) \_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_\_(No)

Trade Secret 7 \_\_\_\_ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_(Yes) \_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_\_(No)

Trade Secret 8 \_\_\_\_\_(Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

    or

3

(b) was the misappropriation by use? ____(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ____(Yes) ____(No)

Was the misappropriation willful and malicious? ____(Yes) ____(No)

Trade Secret 9                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ____(Yes) ___(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ____(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 10                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ____(Yes) ____(No)

    Was the misappropriation willful and malicious? ____(Yes) ____(No)

Trade Secret 11                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 12                                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 13                                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 14                                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 15 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 16 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 17 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

6

Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 18 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 19 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 20 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

7

Trade Secret 21 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 22 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 23 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 24                              ⟍ (Yes)            _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ⟍ (Yes) __(No)

    or

    (b) was the misappropriation by use?   ⟍(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)?  ⟍ (Yes) _____(No)

    Was the misappropriation willful and malicious? ⟍(Yes) _____(No)

Trade Secret 25                              ⟍ (Yes)            _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use?   ⟍(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)?  ⟍(Yes) _____(No)

    Was the misappropriation willful and malicious? ⟍(Yes) _____(No)

Trade Secret 26                              ⟍ (Yes)            _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use?   ⟍(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ⟍(Yes) _____(No)

    Was the misappropriation willful and malicious? ⟍(Yes) _____(No)

9

Trade Secret 27      \_\_\_\_ (Yes)   \_\_\_\_ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_ (Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_(No)

Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_(No)

Trade Secret 28      \_\_\_\_ (Yes)   \_\_\_\_ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 29      \_\_\_\_ (Yes)   \_\_\_\_ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_\_(No)

Trade Secret 30 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 31 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 32 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

11

Trade Secret 33                       _____ (Yes)         _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 34                       _____ (Yes)         _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 35                       _____ (Yes)         _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 36 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ____(No)

Was the misappropriation willful and malicious? ___ (Yes) ____(No)

Trade Secret 37 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ____(No)

Was the misappropriation willful and malicious? ___ (Yes) ____(No)

Trade Secret 38 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

13

Trade Secret 39        _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? __(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 40        _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 41        _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

Was the misappropriation willful and malicious? ___(Yes) _____(No)

14

Trade Secret 42                                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 43                                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means?___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 44                                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) _____(No)

15

Trade Secret 45        _____ (Yes)      _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

     or

     (b) was the misappropriation by use? ___ (Yes) ___ (No)

     or

     (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____ (No)

     Was the misappropriation willful and malicious? ___ (Yes) _____ (No)

Trade Secret 46        _____ (Yes)      _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

     or

     (b) was the misappropriation by use? ____ (Yes) ___ (No)

     or

     (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____ (No)

     Was the misappropriation willful and malicious? ___ (Yes) _____ (No)

Trade Secret 47        _____ (Yes)      _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

     or

     (b) was the misappropriation by use? ____ (Yes) ___ (No)

     or

     (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____ (No)

     Was the misappropriation willful and malicious? ___ (Yes) _____ (No)

16

Trade Secret 48        \_\_\_\_\_ (Yes)     _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_\_ (Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 49        \_\_\_\_\_ (Yes)     _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_ (Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 50        \_\_\_\_\_ (Yes)     _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_\_(Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_\_(Yes) \_\_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 51                                    _____ (Yes)            _____ (No)

 If yes,

 (a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

 or

 (b) was the misappropriation by use?  ___ (Yes) ___(No)

 or

 (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____(No)

 Was the misappropriation willful and malicious? ___ (Yes) _____(No)

Trade Secret 52                                    _____ (Yes)            _____ (No)

 If yes,

 (a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

 or

 (b) was the misappropriation by use? ___ (Yes) ___(No)

 or

 (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____(No)

 Was the misappropriation willful and malicious? ___ (Yes) _____(No)

Trade Secret 53                                    _____ (Yes)            _____ (No)

 If yes,

 (a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

 or

 (b) was the misappropriation by use?  ___ (Yes) ___(No)

 or

 (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____(No)

 Was the misappropriation willful and malicious? ___ (Yes) _____(No)

Trade Secret 54 ___ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___(No)

Was the misappropriation willful and malicious? ___ (Yes) ___(No)

Trade Secret 55 ___ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___(No)

Was the misappropriation willful and malicious? ___ (Yes) ___(No)

Trade Secret 56 ___ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___(No)

Was the misappropriation willful and malicious? ___ (Yes) ___(No)

Trade Secret 57                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 58                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 60                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 61        \_\_\_\_ (Yes)        \_\_\_\_ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_ (Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_(Yes) \_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_(No)

Was the misappropriation willful and malicious? \_\_(Yes) \_\_(No)

Trade Secret 62        \_\_\_\_ (Yes)        \_\_\_\_ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_ (Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_(Yes) \_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_ (Yes) \_\_\_(No)

Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_(No)

Trade Secret 63        \_\_\_\_ (Yes)        \_\_\_\_ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

or

(b) was the misappropriation by use? \_\_(Yes) \_\_(No)

or

(c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_(No)

Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_(No)

21

Trade Secret 64       \_\_\_\_ (Yes)       _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_\_(No)

Trade Secret 65       \_\_\_\_ (Yes)       _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_\_(No)

Trade Secret 66       \_\_\_\_ (Yes)       _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_(Yes) \_\_\_\_(No)

Trade Secret 67 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

    or

    (b) was the misappropriation by use? ___ (Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 68 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

    or

    (b) was the misappropriation by use? ___ (Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___ (Yes) _____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 69 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

    or

    (b) was the misappropriation by use? ___ (Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___ (Yes) ____(No)

    Was the misappropriation willful and malicious? ___ (Yes) ____(No)

Trade Secret 70 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 71 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 72 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 73 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 74 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __ (Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 75 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 76 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 77 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 78 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

26

Trade Secret 79          \_\_\_\_\_ (Yes)       _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 80          \_\_\_\_\_ (Yes)       _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 81          \_\_\_\_\_ (Yes)       _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 82 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 83 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 84 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 85 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___(No)

Was the misappropriation willful and malicious? ___ (Yes) ___(No)

Trade Secret 86 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___(No)

Was the misappropriation willful and malicious? ___ (Yes) ___(No)

Trade Secret 87 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) __(No)

or

(b) was the misappropriation by use? ___ (Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___(No)

Was the misappropriation willful and malicious? ___ (Yes) ___(No)

Trade Secret 88                                   _____ (Yes)          _____ (No)

   If yes,

   (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

   or

   (b) was the misappropriation by use? ____(Yes) ____(No)

   or

   (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

   Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 89                                   _____ (Yes)          _____ (No)

   If yes,

   (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

   or

   (b) was the misappropriation by use? ____(Yes) ____(No)

   or

   (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

   Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 90                                   _____ (Yes)          _____ (No)

   If yes,

   (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

   or

   (b) was the misappropriation by use? ___ (Yes) ____(No)

   or

   (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

   Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 91 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 92 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 93 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 94            _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 95            _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 96            _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) _____(No)

Was the misappropriation willful and malicious? ___(Yes) _____(No)

Trade Secret 97        \_\_\_\_ (Yes)      \_\_\_\_\_ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 98        \_\_\_\_ (Yes)      \_\_\_\_\_ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 99        \_\_\_\_ (Yes)      \_\_\_\_\_ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 100                          _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use?  ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)?  ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 101                          _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use?  ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)?  ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 102                          _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

    or

    (b) was the misappropriation by use?  ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)?  ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 103                           _____ (Yes)            _____ (No)

   If yes,

   (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

   or

   (b) was the misappropriation by use? ___(Yes) ___(No)

   or

   (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

   Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 104                           _____ (Yes)            _____ (No)

   If yes,

   (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

   or

   (b) was the misappropriation by use? ___(Yes) ___(No)

   or

   (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

   Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 105                           _____ (Yes)            _____ (No)

   If yes,

   (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

   or

   (b) was the misappropriation by use? ___(Yes) ___(No)

   or

   (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

   Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 106 _____ (Yes)         _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 107 _____ (Yes)         _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 108 _____ (Yes)         _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 109                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 110                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 111                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

37

Trade Secret 112           _____ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

     or

     (b) was the misappropriation by use? ____ (Yes) ____ (No)

     or

     (c) was the misappropriation by both (a) and (b)? ____ (Yes) ____ (No)

     Was the misappropriation willful and malicious? ____ (Yes) ____ (No)

Trade Secret 114           _____ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

     or

     (b) was the misappropriation by use? ____ (Yes) ____ (No)

     or

     (c) was the misappropriation by both (a) and (b)? ____ (Yes) ____ (No)

     Was the misappropriation willful and malicious? ____ (Yes) ____ (No)

Trade Secret 115           _____ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

     or

     (b) was the misappropriation by use? ____ (Yes) ____ (No)

     or

     (c) was the misappropriation by both (a) and (b)? ____ (Yes) ____ (No)

     Was the misappropriation willful and malicious? ____ (Yes) ____ (No)

Trade Secret 116 _____ (Yes)   _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 117 _____ (Yes)   _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 118 _____ (Yes)   _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? __(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

    Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 119              _____ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

     or

     (b) was the misappropriation by use? __(Yes) ___(No)

     or

     (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

     Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 120              _____ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

     or

     (b) was the misappropriation by use? ____(Yes) ___(No)

     or

     (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

     Was the misappropriation willful and malicious? __(Yes) ____(No)

Trade Secret 121              _____ (Yes)       _____ (No)

     If yes,

     (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

     or

     (b) was the misappropriation by use? ____(Yes) ___(No)

     or

     (c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

     Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 122 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 123 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 124 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? __(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 126                                 \_\_\_\_ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_(Yes) \_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 127                                 \_\_\_\_ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 128                                 \_\_\_\_ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? \_\_(Yes) \_\_(No)

    or

    (b) was the misappropriation by use? \_\_\_\_(Yes) \_\_\_\_(No)

    or

    (c) was the misappropriation by both (a) and (b)? \_\_\_(Yes) \_\_\_\_(No)

    Was the misappropriation willful and malicious? \_\_\_(Yes) \_\_\_\_(No)

Trade Secret 129      _____ (Yes)      _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 130      _____ (Yes)      _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 131      _____ (Yes)      _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? ___(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

43

Trade Secret 132                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ___(No)

    Was the misappropriation willful and malicious? ___(Yes) ___(No)

Trade Secret 133                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 134                    _____ (Yes)          _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 135 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 136 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 137 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ____(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 138 _____ (Yes)   _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) ___(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 140 _____ (Yes)   _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 141 _____ (Yes)   _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___(Yes) ___(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 142 _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 143 _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ____(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 144 _____ (Yes)      _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ____(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? __(Yes) ____(No)

47

Trade Secret 145 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

    or

    (b) was the misappropriation by use? ____ (Yes) ____ (No)

    or

    (c) was the misappropriation by both (a) and (b)? ___ (Yes) ____ (No)

    Was the misappropriation willful and malicious? ___ (Yes) ____ (No)

Trade Secret 146 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

    or

    (b) was the misappropriation by use? ___ (Yes) ____ (No)

    or

    (c) was the misappropriation by both (a) and (b)? ___ (Yes) ____ (No)

    Was the misappropriation willful and malicious? ___ (Yes) ____ (No)

Trade Secret 147 _____ (Yes) _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __ (Yes) __ (No)

    or

    (b) was the misappropriation by use? ____ (Yes) ____ (No)

    or

    (c) was the misappropriation by both (a) and (b)? ___ (Yes) ____ (No)

    Was the misappropriation willful and malicious? ___ (Yes) ____ (No)

Trade Secret 148 _____ (Yes)        _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ____(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ____(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 149 _____ (Yes)        _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 150 _____ (Yes)        _____ (No)

    If yes,

    (a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

    or

    (b) was the misappropriation by use? ___(Yes) ___(No)

    or

    (c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

    Was the misappropriation willful and malicious? ___(Yes) ____(No)

49

Trade Secret 151 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 152 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ____(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 154 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? __(Yes) __(No)

or

(b) was the misappropriation by use? ___(Yes) ___(No)

or

(c) was the misappropriation by both (a) and (b)? ___(Yes) ____(No)

Was the misappropriation willful and malicious? ___(Yes) ____(No)

Trade Secret 155 _____ (Yes) _____ (No)

If yes,

(a) was the misappropriation by acquisition by improper means? ___ (Yes) ___ (No)

or

(b) was the misappropriation by use? ___ (Yes) ___ (No)

or

(c) was the misappropriation by both (a) and (b)? ___ (Yes) ___ (No)

Was the misappropriation willful and malicious? ___ (Yes) ___ (No)

**IF YOU ANSWERED "YES" TO ANY QUESTION IN SECTION I, PLEASE PROCEED TO SECTIONS II.A AND II.B.  IF YOU ANSWERED "NO" TO EVERY QUESTION IN SECTION I, PLEASE PROCEED TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT WITHOUT ANSWERING EITHER QUESTION IN II.A OR II.B.**

II.A.   We, the jury, award damages to the plaintiff, E.I. du Pont de Nemours and Company, and against the defendant, Kolon Industries, Inc., in the amount of $ 919,900,000

II.B.   We, the jury, find that prejudgment interest on the damages should be awarded.

_____ (Yes)        __X__ (No)

If the answer is Yes, we, the jury, find that the prejudgment interest should run from

_____ (insert date).

**PLEASE SIGN AND DATE THE VERDICT FORM AND INFORM THE COURT SECURITY OFFICER.**

9/14/2011
**DATE**

**FOREPERSON**

51