IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

```
F I L E D
SEP 1 4 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA
```

E.I. DUPONT DE NEMOURS AND
COMPANY,
        Plaintiff,

v.                                                    Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,
        Defendant,

## JUDGMENT

The Jury having returned a verdict on September 14, 2011, finding in favor the Plaintiff,

E.I. du Pont de Nemours and Company, and against the Defendant, Kolon Industries, Inc.,

as to Count One, (alleging misappropriation of trade secrets) and awarded damages to the

Plaintiff, E.I. du Pont de Nemours and Company, against the Defendant, Kolon Industries, Inc.

in the amount of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND

AND NO/100 ($919,900,000.00) DOLLARS . Judgment is hereby entered by the Clerk for the

Plaintiff, E.I. du Pont de Nemours and Company, against the Defendant, Kolon Industries Inc., in

the sum of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND AND

NO/100 ($919,900,000.00) DOLLARS with interest thereon at 0.12% annually until paid in full.

Entered by the Clerk this 14th day of September 2011, at Richmond, Virginia.

FERNANDO GALINDO, CLERK

_____
By:  Louis E. Neal, Deputy Clerk