

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E.I. DUPONT DE NEMOURS AND CO.,

    Plaintiff,

v.                              Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

**ORDER**

It is hereby ORDERED that Plaintiff E. I. Du Pont de Nemours and Company ("DuPont") is granted leave to conduct discovery of Defendant Kolon Industries, Inc. ("Kolon") on the existence, location, and value of any assets of Kolon that might be utilized to satisfy the judgment in favor of DuPont in this action, and on any transfer or dissipation of Kolon assets that might have been utilized in satisfaction of judgment, by means of interrogatories, document requests, and depositions; and DuPont is granted leave to conduct non-party discovery on the existence, location, and value of any assets of Kolon that might be utilized to satisfy the judgment in favor of DuPont in this action, and on any transfer or dissipation of Kolon assets

that might have been utilized in satisfaction of judgment, by means of document requests and depositions.

It is further ORDERED that the following schedules shall apply to the oral motions made by DuPont on September 14, 2011:

DuPont shall serve its post-trial discovery requests pertinent to the satisfaction of judgment no later than September 15, 2011. Objections, with legal authority, shall be served no later than September 22, 2011. The parties shall confer to resolve any objections no later than September 24, 2011. Any motion to compel respecting unresolved discovery objections shall be filed no later than September 26, 2011, and the response to any motion to compel shall be filed no later than September 27, 2011.

Responses to DuPont's discovery requests to which no objection is made, or as to which the objection is resolved in the meet and confer process, shall be made as follows: interrogatories shall be answered on October 4, 2011 and documents (with translations) shall be produced on October 4, 2011. If the Court determines that a hearing is necessary to resolve objections, the hearing shall be held on September 29, 2011 at 1:00 p.m.

2

A decision on objections shall be made on September 29, 2011 and any due dates will be set on that date, but counsel are advised that responses, if required, will be due in seven (7) days or less.

Plaintiff's motions with regard to punitive damages, a permanent injunction, and the freezing of assets shall be filed no later than September 15, 2011. Responses shall be filed no later than October 7, 2011, and replies shall be filed no later than October 14, 2011. A hearing on these motions shall be held on November 2, 2011 at 9:30 a.m.

It is SO ORDERED.

/s/   REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 15, 2011