IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| E.I. du PONT de NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 3:09CV00058 |
| KOLON INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF E.I. du PONT de NEMOURS & COMPANY'S**
<u>**MOTION FOR ASSET FREEZE**</u>

Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), by counsel, for the reasons set forth in the accompanying memorandum, respectfully moves the Court to freeze the assets of Kolon Industries, Inc. ("Kolon"). Specifically, 1) the jury in this matter found that Kolon misappropriated 149 of DuPont's trade secrets willfully and with malice; 2) this Court is authorized to enjoin Kolon's dissipation or transfer of assets; and 3) an asset freeze injunction is necessary to prevent Kolon from dissipating assets or secreting them outside of the United States. The grounds in support of this Motion and the specific relief sought are set forth in detail in the accompanying memorandum.

Dated: September 16, 2011

Respectfully submitted,

E. I. du Pont de Nemours and Company

<u>     /s/ Rodney A. Satterwhite     </u>
By Counsel

Rodney A. Satterwhite (VSB # 32907)

rsatterwhite@mcguirewoods.com
Brian C. Riopelle (VSB #36454)
briopelle@mcguirewoods.com
Howard Feller (VSB #18248)
hfeller@mcguirewoods.com
Thomas M. Beshere (VSB #41279)
tbeshere@mcguirewoods.com
Robyn Suzanne Gray (VSB #45418)
rgray@mcguirewoods.com
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel:  804-775-1000
Fax:  804-775-1061

- and –

Kent A. Gardiner (pro hac vice)
Michael J. Songer (pro hac vice)
Terence P. Ross (VSB #26408)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  202-624-2500
Fax:  202-628-5116
kgardiner@crowell.com
msonger@crowell.com
tross@crowell.com

***Attorneys for E. I. du Pont de Nemours and Company***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of September, 2011, I served the foregoing via the Court's CM/ECF system on:

Rhodes B. Ritenour (VSB # 71406)
**LECLAIR RYAN**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 916-7109
(804) 916-7219 (Fax)
rhodes.ritenour@leclairryan.com

Dana J. Finberg (VSB # 34977)
**SNR DENTON US LLP**
1530 Page Mill Road, Suite 200
Palo Alto, California 94304
(650)-798-0375
(650)-798-0310 (Fax)
dfinberg@snrdenton.com

Scott M. Flicker (*pro hac vice*)
**PAUL, HASTINGS, JANOFSKY
& WALKER LLP**
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700
(202) 551-1705 (Fax)
scottflicker@paulhastings.com

Jeffrey G. Randall *(pro hac vice)*
Michael C. Hendershot *(pro hac vice)*
**PAUL, HASTINGS, JANOFSKY
& WALKER LLP**
1117 S. California Avenue
Palo Alto, California  94304
(650) 320-1850
(650) 320-1950 (Fax)
jeffreyrandall@paulhastings.com
michaelhendershot@paulhastings.com

*Attorneys for Kolon Industries, Inc.*

        /s/ Rodney A. Satterwhite
Rodney A. Satterwhite (VSB # 32907)
rsatterwhite@mcguirewoods.com
Brian C. Riopelle (VSB #36454)
briopelle@mcguirewoods.com
Howard Feller (VSB #18248)
hfeller@mcguirewoods.com
Thomas M. Beshere (VSB #41279)
tbeshere@mcguirewoods.com
Robyn Suzanne Gray (VSB #45418)
rgray@mcguirewoods.com
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel:  804-775-1000
Fax:  804-775-1061