IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E.I. DUPONT DE NEMOURS AND CO.,

    Plaintiff,

v.                                             Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

**ORDER**

Kolon Industries, Inc. ("Kolon") presented its initial motion for Judgment as a Matter of Law at the close of the Plaintiff's case-in-chief on August 18, 2011. On August 24, 2011, Kolon filed its MOTION FOR JUDGMENT AS A MATTER OF LAW (Docket No. 1390). Kolon also included a motion for judgment as a matter of law as to compilation and combination claims in Docket No. 1431, and it orally renewed its motion on September 8, 2011. Kolon next filed a STATEMENT OF GROUNDS FOR JUDGMENT AS A MATTER OF LAW ON DUPONT'S TRADE SECRET MISAPPROPRIATION CLAIMS (Docket No. 1498) on September 11, 2011.

For the reasons set forth on the record on September 8 & 9, 2011, finding that there is sufficient evidence from which a reasonable jury could find in favor of the Plaintiff as to Count One, it is hereby ordered that KOLON

INDUSTRIES, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW (Docket No. 1390) is denied as to Count One, Misappropriation of Trade Secrets.

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ordered that KOLON INDUSTRIES, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW (Docket No. 1390) is granted as to Count Five, Conversion, and Count Ten, Common Law Conspiracy.

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011