IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



E.I. DUPONT DE NEMOURS AND COMPANY,

    Plaintiff,

v.                                 Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

**ORDER**

Having reviewed DEFENDANT'S MOTION FOR VACATUR OF THE JUDGMENT AND DEFERRAL OF ENTRY OF A NEW JUDGMENT UNTIL RESOLUTION OF DUPONT'S REQUEST FOR PUNITIVE DAMAGES ON COUNT ONE (Docket No. 1565), and finding that the Court did not explicitly approve the form of the judgment (notwithstanding that the Court was aware from long experience what the form of the judgment would be when it directed the Clerk in open court to enter judgment on the verdict), thereby technically not complying with Fed. R. Civ. P. 58(b)(2)(A), it is ORDERED that DEFENDANT'S MOTION FOR VACATUR OF THE JUDGMENT AND DEFERRAL OF ENTRY OF A NEW JUDGMENT UNTIL RESOLUTION OF DUPONT'S REQUEST FOR PUNITIVE DAMAGES ON COUNT ONE (Docket No. 1565) is granted in part. The Judgment entered on September 14, 2011 by the Clerk

(Docket No. 1515) is hereby VACATED. The Clerk is directed to promptly enter the Judgment in the form approved by the Court, pursuant to Fed. R. Civ. P. 58(b)(2).

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011