IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E.I. DUPONT DE NEMOURS AND COMPANY,

    Plaintiff,

v.                       Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

## PARTIAL JUDGMENT ON COUNT ONE

The Jury having returned a verdict on September 14, 2011, finding in favor of the Plaintiff, E.I. DuPont de Nemours and Company, and against the Defendant, Kolon Industries, Inc., as to Count One, alleging misappropriation of trade secrets pursuant to the Virginia Uniform Trade Secrets Act, and the Jury having awarded damages to the Plaintiff, E.I. DuPont de Nemours and Company, and against the Defendant, Kolon Industries, Inc., in the amount of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND AND NO/100 ($919,900,000.00) DOLLARS, and there being now pending the Plaintiff's motion for imposition of punitive damages, which motion is not yet ripe for decision, and it being appropriate to enter partial judgment on the award made by the jury, PARTIAL

1

JUDGMENT is hereby entered in favor of the Plaintiff, E.I. DuPont de Nemours and Company, and against the Defendant, Kolon Industries, Inc., in the sum of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND AND NO/100 ($919,900,000.00) DOLLARS in compensatory damages, with interest thereon at 0.11% annually until paid in full.

A Final Judgment Order will be entered after the Court decides the Plaintiff's motion for imposition of punitive damages (Docket No. 1524).

It is SO ORDERED.

/s/

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011

2