

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E.I. DUPONT DE NEMOURS AND COMPANY,

    Plaintiff,

v.                              Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

### ORDER

It is hereby ORDERED that PLAINTIFF E.I. du PONT de NEMOURS & COMPANY'S MOTION FOR PUNITIVE DAMAGES (Docket No. 1524) is granted in part and denied in part. The motion is granted to the extent that DuPont will be awarded a total punitive damage award of $350,000.00, and the motion is denied to the extent that additional punitive damages were sought by DuPont. A Final Judgment Order that includes a punitive damages award of $350,000.00 in favor of DuPont and against Kolon shall be entered.

    It is SO ORDERED.

                                        /s/     REP
                                Robert E. Payne
                                Senior United States District Judge

Date: November 22, 2011
Richmond, Virginia