

NOV 2 2 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E.I. DUPONT DE NEMOURS AND COMPANY,

    Plaintiff,

v.                            Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,

    Defendant.

## FINAL JUDGMENT ON COUNT ONE

The Jury having returned a verdict on September 14, 2011, finding in favor of the Plaintiff, E.I. DuPont de Nemours and Company, and against the Defendant, Kolon Industries, Inc., as to Count One, alleging misappropriation of trade secrets pursuant to the Virginia Uniform Trade Secrets Act, and the Jury having awarded damages to the Plaintiff, E.I. DuPont de Nemours and Company, and against the Defendant, Kolon Industries, Inc., in the amount of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND AND NO/100 DOLLARS ($919,900,000.00), and the Court, for reasons to be set out in a Memorandum Opinion filed this date, having decided to grant the Plaintiff's motion for imposition of punitive damages in the amount of THREE HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($350,000.00), and it being appropriate to enter final judgment in this matter, FINAL JUDGMENT is hereby entered in favor of the Plaintiff, E.I.

DuPont de Nemours and Company, and against the Defendant, Kolon Industries, Inc., in the sum of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND AND NO/100 DOLLARS ($919,900,000.00) in compensatory damages, and the sum of THREE HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($350,000.00) in punitive damages, for total damages in the sum of NINE HUNDRED TWENTY MILLION, TWO HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($920,250,000.00), with interest on the sum of NINE HUNDRED NINETEEN MILLION, NINE HUNDRED THOUSAND AND NO/100 DOLLARS ($919,900,000.00) at 0.11% annually from September 14, 2011 until November 22, 2011 and interest on NINE HUNDRED TWENTY MILLION, TWO HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($920,250,000.00) at 0.11% annually from November 22, 2011 until paid in full.

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 22, 2011