IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



E.I. DUPONT DE NEMOURS
AND COMPANY,

    Plaintiff,

v.                           Civil Action No. 3:09cv58

KOLON INDUSTRIES, INC.,
et al.,

    Defendants.

## ORDER

Having reviewed DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1728), and for good cause shown, it is hereby ORDERED that DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1728) is granted.  The Clerk is directed to file MEMORANDUM OF LAW IN SUPPORT OF KOLON INDUSTRIES, INC.'S MOTION TO STAY EXECUTION OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62 under seal.

    It is so ORDERED.

                                                    /s/   REP
                                           Robert E. Payne
                                           Senior United States District Judge

Richmond, Virginia
Date: December 12, 2011