**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| E. I. du PONT de NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 3:09-CV-58 |
| KOLON INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**BY RHODES BEAHM RITENOUR FOR KOLON INDUSTRIES, INC.**

Comes now the undersigned counsel, pursuant to Local Civil Rule 83.1(G), and gives notice to the Court of his withdrawal as counsel for Kolon Industries, Inc. ("Kolon") and respectfully requests that the Court enter an Order granting the withdrawal of Rhodes Beahm Ritenour for Kolon in this matter.

Mr. Ritenour will no longer be practicing with LeClairRyan, A Professional Corporation, counsel for Kolon. Therefore, with permission of this Court, he wishes to discontinue his representation of Kolon in this matter. Mr. Ritenour and Kolon concur in this request to permit his withdrawal.

Respectfully submitted this 21st day of January, 2014,

/S/ Rhodes B. Ritenour_____
Rhodes B. Ritenour (Virginia Bar No. 71406)
**LECLAIRRYAN, A PROFESSIONAL CORPORATION**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7106
Facsimile: (804) 916-7206

rhodes.ritenour@leclairryan.com

Gretchen C. Byrd (VSB No. 72789)
**LECLAIRRYAN, A PROFESSIONAL CORPORATION**
951 East Byrd Street, 8th Floor
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 783-7553
Facsimile: (804) 783-7653
gretchen.byrd@leclairryan.com

Dana J. Finberg (Virginia Bar No. 34977)
**SNR DENTON U.S. LLP**
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0375
Facsimile: (650) 798-0310
dfinberg@snrdenton.com

Jeffrey G. Randall (admitted *pro hac vice*)
**PAUL, HASTINGS, JANOFSKY
& WALKER LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
jeffreyrandall@paulhastings.com

*Attorneys for Kolon Industries, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to counsel named below.

>Rodney A. Satterwhite, Esq.
>Brian C. Riopelle, Esq.
>McGuireWoods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>Telephone: (804) 775-1000
>Facsimile: (804) 775-1061
>rsatterwhite@mcguirewoods.com
>briopelle@mcguirewoods.com
>
>Kent A. Gardiner, Esq.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone: (202) 624-2500
>Facsimile: (202) 628-5116
>kgardiner@crowell.com
>
>*Attorneys for E. I. du Pont de Nemours and Company*


>By: /S/ Rhodes B. Ritenour_____
>Rhodes B. Ritenour (Virginia Bar No. 71406)
>**LECLAIRRYAN, A PROFESSIONAL CORPORATION**
>Riverfront Plaza, East Tower
>951 East Byrd Street, Eighth Floor
>Richmond, Virginia 23219
>Telephone: (804) 916-7106
>Facsimile: (804) 916-7206
>rhodes.ritenour@leclairryan.com
>
>*Attorney for Kolon Industries, Inc.*